AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ANTONIO HESTER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 120-079

SHERIFF RICHARD ROUNDTREE,

    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order filed on July 20, 2020, the Magistrate Judge's Report and Recommendation is ADOPTED as the Court's opinion; therefore, Plaintiff's Motion filed pursuant to 28 U.S.C. § 2241 is DISMISSED without prejudice. Furthermore, Plaintiff is DENIED a Certificate of Appealability in this case and is not entitled to appeal in forma pauperis. This case stands CLOSED.



| 07/21/2020 | John E. Triplett, Acting Clerk |
|---|---|
| Date | Clerk |

*Jamie Hodge*
(By) Deputy Clerk

GAS Rev 10/1/03